# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer Hudson,<br>aka Jennifer Gantt,<br>aka Jennifer Hudson Gantt,<br>aka Jennifer Jantt,<br>aka Jennifer R Gantt,<br>aka Jennifer Robin Gantt<br><br>                Debtor | CHAPTER 7<br><br>BKY. NO. 17-11568 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734