**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt, aka Jennifer Robin Gant <br> <u>Debtor</u> | CHAPTER 7 |
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION <br> <u>Movant</u> <br> vs. | NO. 17-11568 AMC |
| Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt, aka Jennifer Robin Gant <br> <u>Debtor</u> | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW <br> <u>Trustee</u> | |

**ORDER**

AND NOW, this 17th day of April, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 37 West Sharpnack Street Philadelphia, PA 19119. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt,  aka Jennifer Robin Gant
37 West Sharpnack Street
Philadelphia, PA 19119

SIANA NEWMAN, ESQUIRE
718 Arch Street
2nd Floor
Philadelphia, PA 19106

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532