```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                           Case No. 17-11568-amc
Jennifer Hudson                                                  Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1           Date Rcvd: Apr 17, 2017
                     Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
db             +Jennifer Hudson,    37 W. Sharpnack Street,    Philadelphia, PA 19119-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
      MATTEO SAMUEL WEINER    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
       ASSOCIATION bkgroup@kmllawgroup.com
      SIANA   NEWMAN    on behalf of Debtor Jennifer  Hudson scn@philalegal.org,    sianarob@gmail.com
      TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
      THOMAS I. PULEO    on behalf of Creditor    FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 5

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt, aka Jennifer Robin Gant<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION<br>　　　　　　　　　　Movant<br>　　　　vs. | NO. 17-11568 AMC |
| Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt, aka Jennifer Robin Gant<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| TERRY P. DERSHAW<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 17th day of April, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified and annulled to allow FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION and its successor in title to proceed with the ejectment action regarding the premises 37 West Sharpnack Street Philadelphia, PA 19119. Furthermore, further bankruptcy filings by either Debtor and/or Occupants for a period of one hundred eighty (180) days hereof will not prevent the Moving Party from proceeding with its ejectment action. The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

cc: See attached service list

　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Jennifer Hudson aka Jennifer Gantt, aka Jennifer Hudson Gantt, aka Jennifer Jantt, aka Jennifer R Gantt,  aka Jennifer Robin Gant
37 West Sharpnack Street
Philadelphia, PA 19119

SIANA NEWMAN, ESQUIRE
718 Arch Street
2nd Floor
Philadelphia, PA 19106

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532