Certificate Number: 12433-PAE-DE-029336643

Bankruptcy Case Number: 17-11568



12433-PAE-DE-029336643

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 30, 2017, at 8:30 o'clock PM EDT, Jennifer Hudson completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 30, 2017              By:    /s/Laura Gannon

                                  Name:  Laura Gannon

                                  Title: Teacher