United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-11568-amc
Jennifer Hudson                                                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 09, 2017
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db            +Jennifer Hudson,   37 W. Sharpnack Street,   Philadelphia, PA 19119-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
          MATTEO SAMUEL WEINER    on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE
           ASSOCIATION bkgroup@kmllawgroup.com
          SIANA  NEWMAN    on behalf of Debtor Jennifer  Hudson scn@philalegal.org,  sianarob@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          THOMAS I. PULEO    on behalf of Creditor   FANNIE MAE a/k/a FEDERAL NATIONAL MORTGAGE ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 7

Jennifer Hudson                                             : Case No. 17−11568−amc

      Debtor(s)

### *ORDER*

_____

    AND NOW, this day , June 9, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                   By The Court

                                   Ashely M. Chan
                                   Judge , United States Bankruptcy Court